AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 9303130

**RECEIVED**
By USMS District of Columbia District Court at 11:32 am, Dec 02, 2024

United States of America
v.
Joseph Knight

*Defendant*

)
)
)
)
)
)
)

Case: 1:24–mj–00372
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 12/2/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joseph Knight,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year), 22 D.C. Code § 401, 4502 (Assault with Intent to Kill While Armed); 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year); 22 D.C. Code § 401, 4502 (Assault with Intent to Kill While Armed).

Date: 12/2/2024

Digitally signed by Matthew J. Sharbaugh
Date: 2024.12.02 10:29:22 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 12/3/24, and the person was arrested on *(date)* 12/3/24
at *(city and state)* Washington DC.

Date: 12/3/24

*Arresting officer's signature*

Gale Sweeny DUSM
*Printed name and title*