UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-mj-372 |
| | : | |
| **JOSEPH KNIGHT,** | : | |
| | : | |
| **Defendant.** | : | |

**CONSENT MOTION TO CONTINUE PRELIMINARY HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to continue the preliminary hearing, currently set for December 18, 2024, to a mutually agreeable date in approximately 30-45 days. In support of its motion, the government relies on the following:

1. On December 2, 2024, the defendant was charged by Complaint with four counts: two counts of Unlawful Possession of a Firearm and Ammunition in violation of 18 U.S.C. § 922(g) and two counts of Assault with Intent to Kill While Armed in violation of 22 D.C. Code §§ 401, 4502.

2. The defendant was arrested on December 3, 2024, and made his initial appearance in the District of Columbia that same day. The defendant conceded detention and the defendant was detained pending trial.

3. The government is in the process of providing the defense with discovery and the parties are determining whether the case can be resolved pretrial. Thus, the government respectfully requests that the Court continue the preliminary hearing to a mutually agreeable date in approximately 30-45 days.

4. Additionally, the government requests that the time between December 16, 2024 and the next court date be excluded under the Speedy Trial Act as it is in the

interest of justice to allow the parties to continue to try and resolve the case prior to trial.

5. The defense consents to the instant motion.

In light of the foregoing, the government respectfully requests that the Court VACATE the preliminary hearing currently set for December 18, 2024, and reschedule the hearing approximately 30-45 days out, and for any other relief this Court deems just and proper.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   /s/ *Sarah C. Martin*
       Sarah C. Martin
       Assistant United States Attorney
       D.C. Bar 1612989
       601 D Street NW
       Washington, DC
       202-538-0035
       Sarah.Martin@usdoj.gov